# MEMORANDUM DECISIONS

## 1

Paul M. ASHBAUGH, Trustee in Bankruptcy of the Knox Tire & Rubber Company, v. EDWARD MAURER COMPANY, Inc. (Circuit Court of Appeals, Sixth Circuit. April 1, 1924.) No. 4125. Appeal from the District Court of the United States for the Southern District of Ohio; Sater, Judge. L. C. Stillwell and F. O. Levering, both of Mount Vernon, Ohio, for appellant. Jesse P. Dice, of Akron, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to agreement of parties.

## 2

N. M. BALDWIN v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 14, 1924.) No. 4164. In Error to the District Court of the United States for the Eastern District of Tennessee; Hicks, Judge. See, also, 300 Fed. 479. J. Arthur Atchley, A. Y. Burrows, T. J. Cline, and J. C. Fain, all of Knoxville, Tenn., for plaintiff in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

## 3

BALTIMORE & OHIO RAILROAD COMPANY, Plaintiff in Error, v. Guy G. BOGGESS, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. June 23, 1924.) No. 2272. In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston. Wm. G. Conley, of Charleston, W. Va., and L. H. Miller, of Ripley, W. Va., for plaintiff in error. J. L. Wolfe, of Ripley, W. Va., for defendant in error.

PER CURIAM. Writ of error dismissed, at cost of plaintiff in error, by consent of parties.

## 4

Joe BELLOMINI v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. July 30, 1924.) No. 4172. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Cause docketed and dismissed for failure of plaintiff in error to comply with the provision of rules 18 and 19 of this court.

## 5

BROOKS–CALLOWAY COMPANY, Appellant, v. NORTH CAROLINA STATE HIGHWAY COMMISSION, Appellee. (Circuit Court of Appeals, Fourth Circuit. July 10, 1924.) No. 2266. Appeal from the District Court of the United States for the Western District of North Carolina, at Asheville. Martin, Rollins & Wright, of Asheville, N. C., for appellant. Walter E. Moore and W. R. Sherrill, both of Sylva, N. C., James S. Manning, Atty. Gen., and Walter L. Cohoon, of Elizabeth City, N. C., for appellee.

PER CURIAM. Case entered and dismissed, at cost of appellant, under rule 20.